UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAFFAEL KASSIN,<br><br>　　　　　　　　Plaintiff(s)<br><br>-against-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　　　　Defendant(s) | Civil Case No.: 16-CV-05027<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Raffael Kassin, Plaintiff and GC Services Limited Partnership, Defendant through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.

Dated: November 21, 2016

*/s/ Ari H. Marcus*
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
T: 732- 695-3282
Attorneys for Plaintiff

1